# IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| MATTHEW JONES, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | C.A. No. N19C-12-100 MMJ |
| CONNECTIONS, | ) ) | TRIAL BY JURY OF TWELVE DEMANDED |
| Defendant. | ) | |

## ORDER

This 23rd day of June, 2020, upon consideration of Defendant Connections Community Support Programs, Inc.'s Motion to Dismiss, Pursuant to Superior Court Rules 12(b)(5) an 12(b)(6) and Defendant's opposition, the Court finds as follows:

1. Plaintiff has failed to effect service of process on Defendant. The person with whom the Summons and Complaint was left is not an officer, director or registered agent of Defendant.

2. Plaintiff's claims sound in healthcare negligence. Plaintiff has failed to file the required Affidavit of Merit pursuant to 18 *Del. C.* §6853.

3. As a result of these findings, the Court need not address Plaintiff's remaining claims.

Plaintiff's Motion to Strike Defendant's Motion to Dismiss for Being Time Barred and False Testimony is hereby **DENIED.**

Defendant's Motion to Dismiss is hereby **GRANTED.** All claims against Defendant are dismissed.

**SO ORDERED.**

The Honorable Mary M. Johnston